**DISMISS; and Opinion Filed September 18, 2014.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00850-CV

### IN THE INTEREST OF P.S., Ha.S., F.S., H.S., AND Z.S., CHILDREN

**On Appeal from the 305th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 14-00081-X**

## MEMORANDUM OPINION

Before Justices Bridges, Francis, and Lang-Miers
Opinion by Justice Lang-Miers

Appellant filed a notice of appeal on June 24, 2014, from a judgment terminating her parental rights to P.S., Ha.S., F.S., H.S., and Z.S. On July 21, 2014, the reporter's record in this case had not been filed, and we sent a letter to appellant instructing her to provide documentation by July 31, 2014, that she had requested preparation of the reporter's record. *See* TEX. R. APP. P. 26.1(b), 28.4(a)(1), 34.6(b), 35.3(b)(2). We cautioned appellant that if she failed to provide the required documentation within the time specified, we would submit the appeal without a reporter's record. *See* TEX. R. APP. P. 37.3(c). Appellant did not provide the required documentation.

On August 5, 2015, we submitted the appeal without the reporter's record and ordered appellant to file her brief no later than August 25, 2014. She did not file a brief. In a postcard notice dated August 26, 2014, the Court informed appellant that her brief was past due. We instructed appellant to file a brief along with an extension motion within ten days. We cautioned

appellant that her appeal would be dismissed if she failed to file a brief and extension motion within the time requested.  As of today's date, appellant has not filed a brief.  Accordingly, we dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b), (c).

/Elizabeth Lang-Miers/
ELIZABETH LANG-MIERS
JUSTICE

140850F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

IN THE INTEREST OF P.S., Ha.S., F.S., H.S., and Z.S., CHILDREN

No. 05-14-00850-CV

On Appeal from the 305th Judicial District Court, Dallas County, Texas
Trial Court Cause No. 14-00081-X.
Opinion delivered by Justice Lang-Miers, Justices Bridges and Francis participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee Dallas County Child Protective Services recover its costs of this appeal from appellant Lana O'Connell.

Judgment entered this 18th day of September, 2014.